## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA** :
:
   **v.** : **CRIMINAL NO. 21-mj-00008**
:
**MATTHEW COUNCIL,** :
    *Defendant.* :

## **ORDER**

This matter having come before the Court pursuant to a Motion to Continue, upon consent, it is therefore

ORDERED that the parties shall appear for a Status Hearing at 1:00 p.m. on March 4, 2021, before Magistrate Judge Zia M. Faruqui. It is further

ORDERED that pursuant to 18 U.S.C. § 3161, the time from February 11, 2021 through March 4, 2021 shall be excluded in computing the date for speedy trial in this case. The Court finds that, consistent with Standing Order No. 20-93, the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial, because the delay will provide the parties with additional time to engage in pretrial negotiations.

_____
The Honorable Robin M. Meriweather
U.S. Magistrate Judge